FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>  Mary Zazueta<br>  Defendant. | Case No.: 11-02458M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no bail warrant by Dist. Judge; no pretrial interview___

1  _no resources for bail; presence of outstanding warrant;_
2  _nature of the charges, involving failures to appear;_
3  _no evid. by ∆_

4  and/~~or~~

5  B.  (✓) The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _no evid by ∆_

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: 10/20/11

      _/s/ Ralph Zarefsky_
      RALPH ZAREFSKY
      UNITED STATES MAGISTRATE JUDGE